IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| RUSSELL MARKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 13-3380-CV-S-ODS ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) |
| Defendant. | ) |

### ORDER DECLARING INTENT TO DESTROY MATERIALS SUBMITTED *IN CAMERA*

On February 19, 2015 the Court issued an Order entering judgment in favor of Plaintiff's on his claim under the Freedom of Information Act. As part of this Order, the Government was required to provide Plaintiff with specified documents, with certain information redacted. Neither party appealed the judgment and the time for doing so has passed. Accordingly, the Court announces its intent to destroy the materials submitted for *in camera* review.

IT IS SO ORDERED.

DATE: May 26, 2015

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT